# United States Court of Appeals
## For the First Circuit

No. 25-1012

DUSTY BUTTON; MITCHELL TAYLOR BUTTON,

Plaintiffs - Appellants,

v.

JOHN ROE; JANE ROE; ROBIN MELONE; KATHERINE THONIS,

Defendants - Appellees.

**JUDGMENT**

Entered: February 20, 2025
Pursuant to 1st Cir. R. 27.0(d)

By order entered January 27, 2025, plaintiff-appellants Dusty Button and Mitchell Taylor Button were directed to show cause in writing why this appeal should not be dismissed for lack of jurisdiction or to move for voluntary dismissal of this appeal. Appellants were warned that failure to respond by February 10, 2025 would lead to dismissal of this appeal for lack of diligent prosecution.

Appellants having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with 1st Cir. R. 3.0(b).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Dusty Button
Mitchell Taylor Button
John Edward Durkin
Brittney M. White
Linda M. Smith