# United States Court of Appeals
## For the First Circuit

---

No. 25-1012

DUSTY BUTTON; MITCHELL TAYLOR BUTTON,

Plaintiffs - Appellants,

v.

JOHN ROE; JANE ROE; ROBIN MELONE; KATHERINE THONIS,

Defendants - Appellees.

---

**MANDATE**

Entered: March 14, 2025

In accordance with the judgment of February 20, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Dusty Button
Mitchell Taylor Button
John Edward Durkin
Linda M. Smith
Brittney M. White