UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Dusty Button, et al

v. Case No. 24-cv-220-SM

John & Jane Roe, et al

JUDGMENT

Judgment is hereby entered in accordance with the Orders by Judge Steven J. McAuliffe dated December 17, 2024 and April 11, 2025.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

By the Court:

/s/ Tracy A. Uhrin
Tracy A. Uhrin
Clerk of Court

Date: April 11, 2025

cc: Dusty Button, pro se
Mitchell Taylor Button, pro se
All Counsel of Record