**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT COURT OF NEW HAMPSHIRE**

| | |
|---|---|
| DUSTY BUTTON AND MITCHELL TAYLOR BUTTON<br><br>PLAINTIFFS,<br>V.<br><br>JOHN ROE, JANE ROE ROBIN MELONE and KATHERINE THONIS<br><br>DEFENDANTS. | Case No: 1:24-CV-220-SM-AJ<br><br>**PLAINTIFFS' NOTICE OF INTENT TO APPEAL** |

**NOTICE OF INTENT TO APPEAL**

Notice of intent to appeal is hereby given that Plaintiffs Dusty Button and Mitchell Taylor Button hereby intend to appeal to the First Circuit Court of Appeals from the final judgment in this action and from the order of this Court entered on the 11th day of April, 2025 and the 17th day of December, 2024, granting the Defendants' Motions to Dismiss, (with respect to John Roe, Jane Roe, Robin Melone and Katherine Thonis) at ECF No. 47 and ECF No. 70 and 71). Plaintiffs previously filed an appeal following the first judgment order from

December 17th, 2024 but were instructed to file an appeal following final judgment of all Defendants in this case as all Defendants were not yet dismissed[1]; therefore, the Plaintiffs file this notice of intent to appeal the District Courts judgment after the final order on April 11th, 2025.

Plaintiffs understand that in order to appeal to the First Circuit Court of Appeals, they must file a NOTICE OF APPEAL in that court no later than thirty (30) days from the date of the district court's written notice of judgment. If they fail to do so, the District Court order will become final.

Respectfully Dated this 18th day of April,

Dusty Button and Mitchell Taylor Button

(Pro se)

[1] See the Order of Judgment on January 17th, 2025 stating: ENDORSED ORDER denying [55] Motion to Proceed In Forma Pauperis on Appeal. *Text of Order: Plaintiffs' Motion to Proceed In Forma Pauperis on Appeal (document no. 55) is denied, as the court finds that an appeal at this time is not taken in good faith. See 28 U.S.C. § 1915(a)(3). The Order (document no. 47) from which the plaintiffs appeal did not "conclusively determine[] all claims of all parties to the action" and thus is neither final nor appealable. Harry v. Fid. Nat'l Title Grp., No. 17-1368, 2017 WL 4844188, at *1 (1st Cir. June 5, 2017). See 28 U.S.C. § 1291 (Courts of appeals have jurisdiction over "appeals from all final decisions of the district courts."); see alsoLaurence v. Wall, No. CA 08-109 ML, 2009 WL 1657590, at *2 (D.R.I. June 11, 2009) (finding that appeal of non-final order is frivolous, and thus not "taken in good faith.").* So Ordered by Judge Steven J. McAuliffe.(lw)

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically on April 18th, 2025 with the District Court of New Hampshire via ECF and sent to all parties via email through ECF.

Dated this 18th day of April, 2025,

/s/________________________________

Signature of Plaintiff Dusty Button (*Pro se*)

/s/________________________________

Signature of Plaintiff Mitchell Taylor Button (*Pro se*)