UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 24-cv-220-SM

2. TITLE OF CASE: Dusty Button et al v. John Roe, et al

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Judge Steven McAuliffe

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **April 11, 2025**

8. DATE OF NOTICE OF APPEAL: **April 18, 2025**

9. FEE PAID or IFP: IFP

10. COURT APPOINTED COUNSEL: NO

11. COURT REPORTER(S): and DATES: N/A

12. TRANSCRIPTS ORDERED/ON FILE: NO

13. HEARING/TRIAL EXHIBITS: NO

14. MOTIONS PENDING: NO

15. GUIDELINES CASE: N/A

16. RELATED CASES or CROSS APPEAL:

17. SPECIAL COMMENTS: