UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Dusty Button, et al

v. No. 24-cv-220-SM

John Roe, et al

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

I,Lianne Wagner, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

DOCUMENTS NUMBERED: 47, 70 through 72, Endorsed Order on IFP Motion, 74

The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, April 22, 2025

**Tracy Uhrin, Clerk**

**By: /s/ Lianne Wagner, Deputy Clerk**

**Apr 22, 2025**

cc: Dusty Button, pro se
Mitchell Taylor Button, pro se
Counsel of Record