# United States Court of Appeals
## For the First Circuit

---

No. 25-1394

DUSTY BUTTON; MITCHELL TAYLOR BUTTON,

Plaintiffs - Appellants,

v.

JOHN ROE; JANE ROE; ROBIN MELONE; KATHERINE THONIS,

Defendants - Appellees.

---

**MANDATE**

Entered: October 20, 2026

In accordance with the judgment of September 28, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Dusty Button
Mitchell Taylor Button
John Edward Durkin
Edwin F. Landers Jr.
J. Daniel Marr
Linda M. Smith
Brittney M. White